# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 15-40793
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 17, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MANUEL DE JESUS GONZALEZ-TORRES,

Defendant-Appellant

————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:15-CR-197-1

————

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Manuel de Jesus Gonzalez-Torres raises an argument that is foreclosed by *United States v. Martinez-Lugo*, 782 F.3d 198, 204-05 (5th Cir.), *cert. denied*, 136 S. Ct. 533 (2015). In *Martinez-Lugo,* 782 F.3d at 204-05, we held that an enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior felony conviction of a drug trafficking

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-40793

offense is warranted regardless whether the conviction for the prior offense required proof of remuneration or commercial activity.

He also raises an argument that is foreclosed by *United States v. Rodriguez-Escareno,* 700 F.3d 751, 753-54 (5th Cir. 2012), which held that a federal conviction for conspiracy to commit a drug trafficking offense qualifies for the § 2L1.2(b)(1)(A)(i) enhancement.  The motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.